NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265/ Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING WEBSITES THAT IS STORED AT PREMISES CONTROLLED BY 1&1 INTERNET, INC.: <br><br> 1. http://www.einsteinsports.net <br> 2. http://www.vegasbasketball.club <br> 3. http://www.vegasfootball.club <br> 4. http://www.wellingtonsportsclub.com <br> 5. http://www.tracktheactionrealtime.net <br><br> (Websites to Be Searched) | Magistrate No. 2:20-mj-00115-DJA <br><br> **GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the above-captioned case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00296-GMN-VCF.

DATED this 10th day of October, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Simon F. Kung_
SIMON F. KUNG
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING WEBSITES THAT IS STORED AT PREMISES CONTROLLED BY 1&1 INTERNET, INC.:

1. http://www.einsteinsports.net
2. http://www.vegasbasketball.club
3. http://www.vegasfootball.club
4. http://www.wellingtonsportsclub.com
5. http://www.tracktheactionrealtime.net

(Websites to Be Searched)

Magistrate No. 2:20-mj-00115-DJA

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this _____ day of _____, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2