NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265/ Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING WEBSITES THAT IS STORED AT PREMISES CONTROLLED BY 1&1 INTERNET, INC.:<br><br>1. http://www.einsteinsports.net<br>2. http://www.vegasbasketball.club<br>3. http://www.vegasfootball.club<br>4. http://www.wellingtonsportsclub.com<br>5. http://www.tracktheactionrealtime.net<br><br>(Websites to Be Searched) | Magistrate No. 2:20-mj-00115-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the above-captioned case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00296-GMN-VCF.

DATED this 10th day of October, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Simon F. Kung*
SIMON F. KUNG
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING WEBSITES THAT IS STORED AT PREMISES CONTROLLED BY 1&1 INTERNET, INC.:<br><br>1. http://www.einsteinsports.net<br>2. http://www.vegasbasketball.club<br>3. http://www.vegasfootball.club<br>4. http://www.wellingtonsportsclub.com<br>5. http://www.tracktheactionrealtime.net | Magistrate No. 2:20-mj-00115-DJA<br><br>**ORDER TO UNSEAL CASE** |

(Websites to Be Searched)

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 2nd day of November, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2